01
02
03
04
05
06
07
08
09
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LYNELL AVERY DENHAM,             )
                                 )
            Petitioner,          )   CASE NO.   C10-1134-RSL
                                 )              (CR08-248-RSL)
      v.                         )
                                 )   ORDER DISMISSING § 2255
UNITED STATES OF AMERICA,        )   MOTION WITHOUT PREJUDICE
                                 )
            Respondent.          )
_____)

13  The Court, having reviewed petitioner's Section 2255 motion (Dkt. #1), the

14 Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge,

15 and the remaining record, does hereby find and ORDER:

16  1) The Court adopts the Report and Recommendation;

17  2) The Court denies petitioner's Motion to Conduct an In Camera Review

18 (Dkt. #16);

19  3) The Court strikes petitioner's Motion In Support of Section 2255 Motion

20 to Vacate Conviction (Dkt. #8), Motion to Order and Compel Government to Disclose

21 Photographic Discovery Evidence (Dkt. #11), and Motion to Dismiss Conviction (Dkt.

22

ORDER DISMISSING § 2255
MOTION WITHOUT PREJUDICE
PAGE -1

#14).

    4) Petitioner's Section 2255 motion is DISMISSED without prejudice to petitioner renewing the motion once his direct appeal has been decided; and

    5) The Clerk shall direct copies of this Order to petitioner and to Judge Theiler.

DATED this 30th day of November, 2010.

*[signature]*
Robert S. Lasnik
United States District Judge